UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
MOHAMED BOUIDIA,

                          Plaintiff,

                                          ORDER
          -against-                       18-CV-2392(JS)(GRB)

RIVERHEAD SUFFOLK COUNTY JAIL,
and SUFFOLK COUNTY SHERIFF DEPT.
COMMISSARY,

                          Defendants.
-----------------------------------X
APPEARANCES:
For Plaintiff:      Mohamed Bouidia, pro se
                    439409
                    Suffolk County Correctional Facility
                    110 Center Drive
                    Riverhead, NY 11901

For Defendants:     No appearance

SEYBERT, District Judge:

          On April 23, 2018, incarcerated pro se plaintiff Mohamed

Bouidia ("Plaintiff") filed a Complaint together with an

application to proceed in forma pauperis. (See Docket Entry 2.)

Upon review of the declaration in support of the application to

proceed in forma pauperis, the Court finds that Plaintiff is

qualified by his financial status to commence this action without

prepayment of the filing fee. Accordingly, Plaintiff's

application to proceed in forma pauperis is GRANTED.

          Pursuant to the Court's January 23, 2012 Order of

Consolidation in the matter of Butler, et al. v. DeMarco, et al.,

No. 11-CV-2602 (JS)(GRB) (the "Consolidated Action"), the Court

has reviewed the instant Complaint and finds that it relates to the subject matter of the Consolidated Action. (Order of Consol., Consol. Action, Docket Entry 327.) Accordingly, this action shall be consolidated with the Consolidated Action. This affects Plaintiff in the following ways:

1. Plaintiff in this action shall become a member of the certified classes in Butler (11-CV-2606);[1]

2. Any claims in the instant Complaint that are not included in the Consolidated Amended Complaint in Butler shall be severed (see Order of Consol. at 17 (describing

---

[1] The classes are defined as follows:

(1) [A]n Injunctive Class comprised of all persons who, now or at any time in the future, are or will be detainees or prisoners in the custody of the Suffolk County Sheriff's Department and housed in the SCCF [Suffolk County Correctional Facility], with separate subclasses for those persons detained in Riverhead and Yaphank; and

(2) [A] Damages Class comprised of all persons who are or were detainees or prisoners in the custody of the Suffolk County Sheriff's Department and housed in the SCCF and who were or will be released from the SCCF on or after April 5, 2009, with separate subclasses for those persons detained in Riverhead and Yaphank.

(Aug. 29, 2016 Order, Consol. Action, Docket Entry 428, at 2-3.)

On August 29, 2016, this Court in the Consolidated Action adopted Magistrate Judge Gary R. Brown's Report and Recommendation and granted the Defendants' cross motion to amend the class definitions to "exclude all Suffolk County Correctional Facility inmates 'who were or have been housed exclusively at the new jail facility in Yaphank, New York.'" (Aug. 29, 2016 Order at 3-5.)

the process for proceeding with any severed claims after
the resolution of the Consolidated Action)); and

3.   Plaintiff, as a member of the class, shall be
     represented by pro bono counsel, Shearman & Sterling
     LLP.[2]

A copy of the Order of Consolidation and the operative complaint

in Butler--the Consolidated Amended Complaint (Consol. Am. Compl.,

Consol. Action, Docket Entry 334)--are annexed to this Order.

If Plaintiff does **not** wish to proceed as a member of the

Consolidated Action, he must so indicate in a letter to the Court

within thirty (30) days of receiving a copy of this Order.  Upon

receipt of such a letter, the Court will direct the Clerk of the

Court to sever this Complaint from the Consolidated Amended

Complaint and reopen and reinstate his individual pro se action.

The Clerk of the Court is directed to CONSOLIDATE this

matter with Butler, et al. v. DeMarco, et al., No. 11-CV-2602; to

mail a copy of this Order, the Order of Consolidation, and the

Consolidated Amended Complaint to Plaintiff at his last known

address; and to mark this case CLOSED.

---

[2] Counsel's mailing address is:

             Daniel Hector Rees LaGuardia
             Shearman & Sterling
             599 Lexington Avenue
             New York, NY 10022

Counsel's telephone number is: (212)848-4000.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:    June __7__, 2018
          Central Islip, New York